UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OVABRITE, INC., § | | |
| § | | |
| Plaintiff, § | Civil Action No. 1:18-cv-00469 | |
| § | | |
| v. § | | |
| § | | |
| NOVATRANS GROUP S.A., § | JURY TRIAL DEMANDED | |
| § | | |
| Defendant. § | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff hereby voluntarily dismisses with prejudice the above-entitled action against Defendant Novatrans Group S.A. The parties have reached a settlement agreement. The Defendant has not filed any responsive pleading herein.

Respectfully submitted,

/s/ Dwayne K. Goetzel
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
  KOWERT & GOETZEL, P.C.
1120 South Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR PLAINTIFF**
**OVABRITE, INC.**